UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>OSCAR DAVID OLLERVIDES-SANCHEZ,<br><br>      Defendant. | CIVIL ACTION<br><br>NO. 1:10-CR-285-CAP-ECS-1 |

**O R D E R**

This matter is currently before the court on the December 29, 2010, Report and Recommendation of the Magistrate Judge ("the R&R") [Doc. No. 43]. After careful consideration of the R&R and the defendant's objections thereto [Doc. No. 44], the court receives the R&R [Doc. No. 43] with approval and ADOPTS it as the opinion and order of this court.

SO ORDERED, this  24th   day of January, 2011.


/s/Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge